IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| In re:    Graniteville Cases | ) | C/A No. 1:05-0114-MBS |
| | ) | C/A No. 1:05-0132-MBS |
| | ) | C/A No. 1:05-0148-MBS |
| | ) | C/A No. 1:05-0209-MBS |
| | ) | C/A No. 1:05-0253-MBS |
| | ) | C/A No. 1:05-0254-MBS |
| | ) | C/A No. 1:05-0256-MBS |
| | ) | C/A No. 1:05-0258-MBS |
| | ) | C/A No. 1:05-0470-MBS |
| | ) | C/A No. 1:05-0592-MBS |
| | ) | C/A No. 1:05-0596-MBS |
| | ) | C/A No. 1:05-0598-MBS |
| | ) | C/A No. 1:05-0657-MBS |
| | ) | C/A No. 1:05-0864-MBS |
| | ) | C/A No. 1:05-0894-MBS |
| | ) | C/A No. 1:05-1053-MBS |
| | ) | C/A No. 1:05-1108-MBS |
| | ) | C/A No. 1:05-1681-MBS |
| | ) | C/A No. 1:05-1811-MBS |
| | ) | C/A No. 1:05-1948-MBS |
| | ) | C/A No. 1:05-2040-MBS |
| | ) | C/A No. 1:05-2095-MBS |
| | ) | C/A No. 1:05-2817-MBS |
| | ) | C/A No. 1:05-3177-MBS |
| | ) | C/A No. 1:05-3476-MBS |
| | ) | C/A No. 1:06-0213-MBS |
| _____ | ) | C/A No. 1:06-0214-MBS |

### **O R D E R**

In order to facilitate the management of the captioned Graniteville train derailment cases, as well as any additional related new cases as may be filed from time to time, the court directs the Clerk of Court to create a management case number. Hereafter, any party or parties wishing to create an identical entry in three or more cases may file the entry solely in the docket appertaining to the management case.

**The parties are cautioned that in the caption of any entry created in the**

**management case must appear both the management case number and the particular case numbers to which the entry is related.** Entries associated with individual cases and not common to three or more cases as provided for herein will continue to be docketed under the specific case number as is standard practice.

Any case that is dismissed, settled, or otherwise disposed of by the court will be closed pursuant to order and judgment filed specifically in that case.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

January 31, 2006.