# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

**MANAGEMENT CASE:  C/A No. 1:06-mn-6000**

| | | |
|---|---|---|
| In re:   Graniteville Cases | ) | C/A No. 1:05-0470-MBS |
| | ) | C/A No. 1:05-2817-MBS |
| | ) | C/A No. 1:05-3177-MBS |

## STIPULATION

It has been agreed among by the Plaintiffs' and Defendants' counsel that the Court should not consider the Norfolk Southern Motion for Partial Summary Judgment until it rules upon the pending motions for remand.  This stipulation applies in the three cases of Sanders (C/A No. 1:05-0470-MBS); Avondale, Incorporated (C/A No 1:05-2917-MBS); and Avondale Mills, Incorporated and Avondale Mills Graniteville Fabrics, Incorporated, (C/A No. 1:05-3177-MBS), identified by civil action numbers above.

February 2, 2006

                                        Respectfully submitted,

                                        /s/ Terry E. Richardson
                                        Terry E. Richardson, Jr. (#3457)
                                        J. David Butler (#6206)
                                        Walter McBrayer Wood (#9649)
                                        Richardson, Patrick, Westbrook & Brickman
                                        P. O. Box 1368
                                        Barnwell, SC  29812

                                        Attorney for Plaintiffs

**IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

**MANAGEMENT CASE:  C/A No. 1:06-mn-6000**

| | | |
|---|---|---|
| In re:   Graniteville Cases | ) | C/A No. 1:05-0470-MBS |
| | ) | C/A No. 1:05-2817-MBS |
| | ) | C/A No. 1:05-3177-MBS |

I, Terry E. Richardson, Jr., attorney for Richardson, Patrick, Westbrook & Brickman, LLC, counsel for the Plaintiff, do hereby certify that I have this date electronically and/or mailed postage paid, a true copy of Stipulation to all counsel of record as follows:

W. Howard Boyd, Jr.
Ronald K. Wray II
Daniel B. White
Christopher M. Kelly
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Joe Hollingsworth, Esq.
Spriggs & Hollingsworth
1350 I Street, NW – 9th Floor
P.O. Box 11449
Washington, DC 20005
jhollingsworth@spriggs.com

Gray T. Culbreath, Esq.
Collins & Lacy
1330 Lady Street
P.O. Box 12487
Columbia, SC  29211

J. Arthur Davison, Esq.
Fulcher Hagler, LLP
520 Greene Street
Augusta, GA  30901

Monteith P. Todd, Esq.
Sowell, Gray, Stepp & Laffitte
1310 Gadsden St.
Columbia, SC  29211
February 2, 2006

/s/ Terry E. Richardson, Jr.
Terry E. Richardson, Jr.