IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| **In re: Graniteville Cases** | ) | C.A. No. 1:06-mn-6000-MBS |
| | ) | |
| | ) | C/A No. 1:06-cv-01736-MBS |
| | ) | C/A No. 1:06-cv-01738-MBS |
| | ) | C/A No. 1:06-cv-01739-MBS |
| | ) | C/A No. 1:06-cv-01740-MBS |
| | ) | |

## STIPULATION OF DISMISSAL OF
## DEFENDANT RHODIA, INC. WITHOUT PREJUDICE

Plaintiff and Defendants, through their undersigned counsel, hereby stipulate to the dismissal of these actions **without prejudice** as to Defendant **Rhodia, Inc. only**. This Stipulation of Dismissal Without Prejudice is made pursuant to Rule 41(a)(1) of the South Carolina Rules of Civil Procedure.

Dated this 18th day of September, 2006.

WE SO STIPULATE:

s/ L. Scott Harvin
L. Scott Harvin, Esq.
Hetrick, Harvin & Bonds
124 Walter Street
P. O. Box 139
Walterboro, SC 29488
(843) 549-6432

C. Perrin Rome, III, Esq.
Rome, Arata & Baxley, LLC
650 Poydras St., Suite 2017
New Orleans, LA 70130
(504) 522-9980
**Attorneys for Plaintiff**

s/Stephen F. McKinney
Stephen F. McKinney, Esq.
Haynsworth Sinkler Boyd, P.A.
P. O. Box 11889
Columbia, South Carolina 29211-1889
(803) 779-3080
**Attorneys for Defendant Rhodia, Inc.**
(Doc. 800471)

s/ Val H. Stieglitz
Val H. Stieglitz, Esq.
Nexsen Pruet, LLC
P.O. Drawer 2426
Columbia, SC 29202-2426
(803) 253-8262
**Attorneys for Defendant Union Tank Car Company**

s/ James D. Myrick
James D. Myrick, Esq.
Buist Moore Smythe & McGee
P. O. Box 999
Charleston, SC 29402
(843) 722-3400
**Attorneys for Defendant Olin Corporation**

s/ Ron Wray
Ron Wray, Esq.
Gallivan White & Boyd, P.A.
P. O. Box 10589
Greenville, SC 29603
(864) 271-9580
**Attorneys for Norfolk Southern Railway Company**